

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-12-00787-CV

Helen **HERRERA**,
Appellant

v.

Julia **MARTINEZ**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 7296
Honorable Diana J. Bautista, Judge Presiding

# O R D E R

The trial court signed an appealable judgment on February 22, 2013, and appellant's prematurely filed notice of appeal was deemed filed on that date. The record was complete March 8, 2013, and we ordered appellant's brief filed by April 8, 2013. On April 5, appellant filed a motion for extension of time to file her brief. The motion asserts appellant filed a request for findings of fact and conclusions of law and a motion for new trial on March 14, 2013. Appellant requests an extension of time to file the brief until thirty days after the trial court makes findings and conclusions and rules on the motion for new trial.

If appellant timely files a notice of past due findings, the deadline for the trial court to file findings of fact and conclusions of law will be April 23, 2013, forty days after the original request was filed. *See* TEX. R. CIV. P. 297. The motion for new trial will be overruled by operation of law on May 8, 2013, unless the trial court determines it earlier by signed order. *See* TEX. R. APP. P. 329b(c).

We grant in part the motion for extension of time and **order** appellant's brief due **May 23, 2013**, thirty days after the final deadline for the trial court to make findings and conclusions.

We further order Appellant must direct the trial court clerk to file a supplemental clerk's record containing the additional relevant pleadings, findings, and orders, if any. *See* TEX. R. APP. P. 34.6(d).

_____
Luz Elena D. Chapa, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2013.



Keith E. Hottle
Clerk of Court